# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**BRITTANY BROWN,**<br>**KASEY BROWN,**<br>**JADEN CHUNN,**<br>**CHARLES J. BROWN,**<br>**CAROLINA FUNERAL SERVICE & CREMATION CENTER LLC, and**<br>**EXPRESS FUNERAL FUNDING LLC,**<br><br>    **Defendants.** | **Case No. 3:20-cv-00394-FDW-DSC** |

## ORDER GRANTING MOTION TO DEPOSIT FUNDS

This is an action to determine the proper beneficiary of the death benefit payable under American General Life Insurance Company Policy 6180022485 issued to the late Kathy Brown (the "Policy"). Plaintiff American General Life Insurance Company ("American General") filed an Interpleader Complaint against the Competing Claimants to the Policy death benefit.

American General has filed a Motion to Deposit Funds with the Clerk of the United States District Court for the Western District of North Carolina. The sum to be deposited with this Court is **$2,901.55, plus accrued interest**. This Sum represents the policy benefit payable under American General Life Insurance Company Policy 6180022485 issued to the late Kathy Brown.

WHEREFORE good cause appearing, the Court hereby **ORDERS** as follows:

1.    American General's Motion to Deposit Funds is **GRANTED**.

2.    American General is authorized to deposit the sum of **$2,901.55, plus accrued interest**, with the Clerk of the United States District Court for the Western District of North Carolina.

3.    The Clerk of the Court shall deposit the sum of **$2,901.55, plus accrued interest** in the Disputed Ownership Funds ("DOF") account established within CRIS according to LCvR 67.1(d)(2) until such time as the Court enters its order directing disbursement and distribution of these funds.

**SO ORDERED**.

Signed: September 15, 2020

David S. Cayer
United States Magistrate Judge