UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION
DOCKET NO. 3:20-CV-00394-FDW-DSC

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )     ORDER<br>) |
| BROWN *et al.*, | )<br>) |
| Defendants. | ) |

THIS MATTER is before the Court, *sua sponte*, as to the trial setting in this matter, which is currently scheduled to begin with docket call on November 1, 2021. Because of the Court's crowded docket, and the need to prioritize criminal trials, the Court hereby CONTINUES trial in this matter to the mixed term beginning January 3, 2022. Accordingly, the parties' Pretrial Submissions will be due December 13, 2021, and the Final Pretrial Conference for this matter will be held after docket call on January 3, 2022.

IT IS SO ORDERED.

Signed: October 14, 2021

Frank D. Whitney
United States District Judge