UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00394-FDW-DSC

| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| BROWN *et al.*, | ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court *sua sponte* regarding the status of this case. On January 24, 2022, the parties, through interpleader Defendant Brittany Brown's attorney, Mr. Charles Everage, filed a partially executed Settlement Agreement and advised the Court that the parties settled this case. That same day, the Court set a case settlement deadline of January 31, 2022, by which the parties were to file an agreement for entry of judgement or a stipulation of dismissal, or the Court would dismiss the case without prejudice. As of April 28, 2022, the parties have failed to file an agreement for entry of judgment or a stipulation of dismissal. The Court accordingly ORDERS this matter to be DISMISSED without prejudice to the right of any party to reopen the case if the settlement is not consummated within twenty-eight (28) days.

IT IS SO ORDERED.

Signed: April 28, 2022

Frank D. Whitney
United States District Judge