UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00394-FDW-DSC

| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| BROWN *et al.*, | ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court following notice that the parties herein have reached an agreement resolving all issues before this Court. The remaining parties have each signed a Settlement Agreement, (Doc. No. 30), allowing the Court to order the distribution of the entrusted funds that totaled Two Thousand Nine Hundred One Dollars and Fifty-Five Cents ($2,901.55) (the "**Funds**") as follows:

1. Defendant Charles Brown shall receive Five Hundred Dollars ($500.00) from the Funds.

2. Defendants Brittany Brown, Jaden Chunn, and Kasey Brown – although entitled to the remainder of the funds – agree that their share shall be paid directly to Defendant Carolina Funeral Service & Cremation Center, LLC.

3. Defendant Carolina Funeral Service & Cremation Center, LLC, shall receive the remainder of the Funds, or Two Thousand Four Hundred One Dollars and Fifty-Five Cents ($2,401.55).

Inasmuch as all remaining parties have agreed to the terms recited above, the Funds shall be disbursed accordingly.

IT IS SO ORDERED.

Signed: May 4, 2022

Frank D. Whitney
United States District Judge